# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MALLIE J. SECKINGER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV415-310 |
| TRANSUNION LLC, | ) ) | |
| Defendant. | ) ) ) | |

# ORDER

Thinking that defendant TransUnion LLC failed to answer his Complaint, Mallie Seckinger moves for a default judgment. Doc. 10. TransUnion, however, in fact timely answered. Doc. 8. It relied on the Court's electronic docketing software to serve Seckinger, yet it was unaware that *pro se* parties cannot receive E-filed notices. *See id.* at 8 (TransUnion's certificate of service stating that CM/ECF "will send a notice of electronic filing" to Seckinger). Regardless of its error, TransUnion is not in default, so Seckinger's motion is **DENIED AS MOOT**.

**SO ORDERED**, this  17th  day of February, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA